UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN TRAURIG, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>RICE ENERGY, INC., DANIEL J. RICE III, DANIEL J. RICE IV, TOBY Z. RICE, JAMES W. CHRISTMAS, ROBERT F. VAGT, JOHN F. MCCARTNEY, and KATHRYN J, JACKSON,<br><br>Defendants. | Civil Case No: 2:17-cv-01072-NBF<br><br>**STIPULATION [AND PROPOSED ORDER] TO EXTEND TIME AND STAY DEADLINES** |

**STIPULATION [AND PROPOSED ORDER] TO
EXTEND TIME AND STAY DEADLINES**

WHEREAS, on August 15, 2017, Plaintiff Susan Traurig ("Traurig") filed a Class Action Complaint for Violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Securities Exchange Act") against defendants Rice Energy, Inc., Robert F. Vagt, Daniel J. Rice, IV, Toby Z. Rice, Daniel J. Rice, III, Kathryn J. Jackson, James W. Christmas, and John McCartney (collectively, "Defendants") relating to the proposed merger between Rice Energy, Inc. and EQT Corporation (the "Proposed Merger") ("Traurig Action") in this Court;

WHEREAS, two additional actions[1] have been filed in the United States District Court for the District of Delaware that also allege claims for violation of the Securities Exchange Act relating to the Proposed Merger, against identical defendants as in the Traurig Action (the "Delaware Actions");

---

[1] *Gordon v. Rice Energy, Inc., et al.*, Case No. 1:17-cv-01067-UNA (D. Del..); *Boerger v. Rice Energy, Inc., et al.*, Case No. 1:17-cv-01127-UNA (D. Del.)

WHEREAS, two additional actions[2] have been filed in the United States District Court for the Western District of Pennsylvania that also allege claims for violation of the Securities Exchange Act relating to the Proposed Merger, against substantially identical defendants[3] as in the Traurig Action (together with the Traurig Action, the "Pennsylvania Actions");

WHEREAS, the parties agree that the Delaware Actions and the Pennsylvania Actions (collectively, the "Actions") are subject to the Private Securities Litigation Reform Act ("PSLRA"), and a lead plaintiff/lead counsel structure governing the Actions has not been designated pursuant to the PSLRA;

WHEREAS, Traurig and the Defendants agree that Defendants shall not be required to respond to any pending complaint in the Traurig Action unless and until the designation of a lead plaintiff/lead counsel structure governing the Actions pursuant to the PSLRA.

IT IS HEREBY stipulated by the parties to stay any pre-trial deadlines that may apply in the Traurig Action pending consolidation of the Pennsylvania Actions and coordination with the Delaware Actions and designation of a lead plaintiff/lead counsel structure governing the Actions, or until such time as an order is entered in the Traurig Action governing further proceedings, as agreed to by Traurig and Defendants or ordered by this Court.

---

[2] *Wilson v. Rice Energy, Inc., et al.*, Case No. 2:17-cv-01054-NBF (W.D. Pa.); *Assad v. Rice Energy, Inc., et al.*, Case No. 2:17-cv-01019-NBF (W.D. Pa.).
[3] In addition to Defendants, the other Pennsylvania Actions assert claims against EQT Corporation and Eagle Merger Sub I, Inc.

| | |
|---|---|
| LAW OFFICE OF ALFRED G. YATES, JR., P.C. | BUCHANAN INGERSOLL & ROONEY, P.C. |
| /s/ *Elizabeth K. Tripodi* <br> Alfred G. Yates, Jr. <br> PA Bar No. 17419 <br> Gerald L. Rutledge <br> PA Bar No. 62027 <br> 300 Mt. Lebanon Boulevard <br> Suite 206-B <br> Pittsburgh, PA 15234-1507 <br> Telephone: (412) 391-5164 <br> Facsimile: (412) 471-1033 <br> yateslaw@aol.com <br><br> *Attorneys for Susan Traurig* | /s/ *Samuel W. Braver* <br> Samuel W. Braver <br> PA Bar No. 19682 <br> One Oxford Centre, 20th Floor <br> 301 Grant Street <br> Pittsburgh, Pennsylvania 15219 <br> Telephone: (412) 562-8800 <br> Facsimile: (412) 562-1041 <br> samuel.braver@bipc.com |
| OF COUNSEL: <br><br> LEVI & KORSINSKY LLP <br><br> Donald J. Enright <br> denright@zlk.com <br> Elizabeth K. Tripodi <br> etripodi@zlk.com <br> 1101 30th Street, NW, Suite 115 <br> Washington, DC 20007 <br> Telephone: (202) 524-4290 <br><br> *Attorneys for Plaintiff Susan Traurig* | OF COUNSEL: <br><br> VINSON & ELKINS LLP <br> Michael C. Holmes <br> Robert P. Ritchie <br> Trammel Crow Center <br> 2001 Ross Avenue, Suite 3700 <br> Dallas, Texas 75201-2975 <br> Telephone: (214) 220-7700 <br> mholmes@velaw.com <br> rritchie@velaw.com <br><br> *Attorney for Defendants* |