UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN TRAURIG, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br>vs.<br><br>RICE ENERGY INC., DANIEL J. RICE, DANIEL J. RICE, TOBY Z. RICE, JAMES W. CHRISTMAS, ROBERT F. VAGT, JOHN F. MCCARTNEY, and KATHRYN J. JACKSON,<br><br>Defendants. | Civil Case No.: 17-cv-01072-NBF |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Susan Traurig hereby voluntarily dismisses all claims in this action without prejudice. Defendants have not answered or moved for summary judgment, so leave of the Court is not required. Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: October 3, 2017                              Respectfully submitted,

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**

By:   /s/ Alfred Yates, Jr.
      Alfred G. Yates, Jr.
      PA Bar No. 17419
      Gerald L. Rutledge
      PA Bar No. 62027
      300 Mt. Lebanon Boulevard
      Suite 206-B
      Pittsburgh, PA 15234-1507
      Telephone: (412) 391-5164
      Facsimile: (412) 471-1033
      yateslaw@aol.com